UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN STEPHENS, | ) | No.  SA CV 07-1041-ODW (PLA) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| F. GONZALES, Warden, et al., | ) ) ) | |
| Respondents. | ) ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 12, 2011

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE